# LAW OFFICES OF JOEL B. RUDIN, P.C.

CARNEGIE HALL TOWER
152 WEST 57TH STREET
EIGHTH FLOOR
NEW YORK, NEW YORK 10019

TELEPHONE (212) 752-7600
FACSIMILE (212) 980-2968
E-MAIL: jbrudin@rudinlaw.com

JOEL B. RUDIN

HARAN TAE
JACOB "COBY" LOUP
MATTHEW A. WASSERMAN

GEORGE R. GOLTZER
(OF COUNSEL)
PARTHA SHARMA
(PARALEGAL)

June 29, 2020

6/30/2020

**Via ECF**
Honorable Colleen McMahon
Chief United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

OK.

/s/ Colleen McMahon

6/30/2020

Re:   *Fraser v. City of New York, et al.*
      20-cv-4926 (CM)

MEMO ENDORSED

Dear Chief Judge McMahon:

    I represent the Plaintiff, Jawaun Fraser, in the above-referenced case. On June 26, 2020, Plaintiff filed a Complaint as ECF No. 1. Upon realizing the next day that we inadvertently neglected to attach an exhibit referenced in the complaint, we refiled the Complaint with said exhibit as ECF No. 8. We have been informed by the Civil Case Opening Unit that to correct the docket to reflect that ECF No. 8 replaces ECF No. 1, we must contact Your Honor's chambers. We respectfully request that the Court update the docket to reflect this change.

                                          Respectfully submitted,

                                          /s/

                                          Joel B. Rudin