UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

Jawaun Fraser,

                                  Plaintiff,

        -against-

The City of New York, Undercover Officer Number 84, Detective Matthew Regina, and Detective Jason Deltoro, Individually and as Members of the New York City Police Department,

                                  Defendants.

------------------------------------------------------------------------ X

**NOTICE OF MOTION**

20 CV 4926 (CM)

        **PLEASE TAKE NOTICE** that upon the Declaration of Brian Francolla, dated March 1, 2021, with exhibits; the Memorandum of Law, dated March 1, 2021; and upon all prior pleadings and proceedings had herein, defendants City of New York, Undercover Officer Number 84, Detective Regina, and Detective Deltoro, on March 1, 2021, will move for partial judgment on the pleadings pursuant to Rule 12(c) on the grounds that no genuine issue of material facts exist to warrant a trial with respect to several of plaintiff claims, and for such other and further relief as the Court deems just and proper.

        **PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's Individual Practices and Procedures, plaintiff's opposition papers, if any, should be served on the undersigned on or before March 15, 2021.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's Individual Practices and Procedures, defendants' reply papers, if any, shall be served on plaintiff on or before March 22, 2021.

Dated: New York, New York
       March 1, 2021

**JAMES E. JOHNSON**
CORPORATION COUNSEL OF THE CITY OF NEW YORK
*Attorney for Defendants*
100 Church Street
New York, New York 10007
(212) 356-3527

By:    /s/
    Brian Francolla
    *Senior Counsel*
    Special Federal Litigation Division

cc:    Matthew Wasserman, Esq. (by ECF)
      Law Offices of Joel B. Rudin
      152 West 57th Street, 8th Floor
      New York, New York 10019

      Haran Tae, Esq. (by ECF)
      Law Offices of Joel B. Rudin
      152 West 57th Street, 8th Floor
      New York, New York 10019

      Joel Barry Rudin, Esq. (by ECF)
      Law Offices of Joel B. Rudin
      200 West 57th Street, Suite 900
      New York, New York 10019