UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

Jawaun Fraser,

                              Plaintiff,

                 -against-

The City of New York, Undercover Officer Number 84, Detective Matthew Regina, and Detective Jason Deltoro, Individually and as Members of the New York City Police Department,

                              Defendants.

------------------------------------------------------------------------ x

**DECLARATION OF BRIAN FRANCOLLA**

20 CV 4926 (CM)

        **BRIAN FRANCOLLA**, an attorney duly admitted to practice in the State of New York, declares under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following is true and correct:

        1. I am a Senior Counsel in the office of James E. Johnson, Corporation Counsel of the City of New York, attorney for defendants City of New York, Undercover Officer Number 84, Detective Regina, and Detective Deltoro. As such, I am familiar with the facts and circumstances of this action. I make this declaration in further support of defendants' motions for partial judgment on the pleadings pursuant to Rule 12(c). In support of their motions defendants submit the exhibit described below.

        2. Annexed hereto as Exhibit "A" is a true and correct copy of an affidavit filed by plaintiff's appellate attorney, Jacqueline Meese-Martinez, Esq., in support of post-conviction relief.

| | |
|---|---|
| Dated: New York, New York<br>March 22, 2021 | **JAMES E. JOHNSON**<br>CORPORATION COUNSEL OF THE CITY OF NEW YORK<br>*Attorney for Defendants*<br>100 Church Street<br>New York, New York 10007<br>(212) 356-3527 |

By: _____/s/_____

Brian Francolla
*Senior Counsel*
Special Federal Litigation Division

cc: Matthew Wasserman, Esq. (by ECF)
Law Offices of Joel B. Rudin
152 West 57th Street, 8th Floor
New York, New York 10019

Haran Tae, Esq. (by ECF)
Law Offices of Joel B. Rudin
152 West 57th Street, 8th Floor
New York, New York 10019

Joel Barry Rudin, Esq. (by ECF)
Law Offices of Joel B. Rudin
200 West 57th Street, Suite 900
New York, New York 10019