UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

───────────────────────────────────────────────

JAWAUN FRASER

                Plaintiff,              20 civ. 4926 (CM)

      v.

CITY OF NEW YORK, *et al.*

                Defendants

───────────────────────────────────────────────

## NOTICE TO PARTIES

McMahon, J:

      Counsel, the case management plan that you filed today (5/10/21) does not conform to deadlines proposed in Mr. Francolla's letter of 5/7/21, which proposed an extended discovery deadline of June 28, 2021 and an extended joint pretrial order and summary judgment deadline of August 16, 2021. That is what I agreed to. Please submit a case management plan that contains these dates, signed by all counsel, for my approval.

Dated: May 10, 2021
New York, New York

                                                            District Judge