UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAWAUN FRASER,

        Plaintiff,

 -against-

The City of New York, Undercover Officer Number 84, Detective Matthew Regina, and Detective Jason Deltoro, Individually and as Members of the New York City Police Department,

        Defendants.

20-cv-4926 (CM)

**Unsealing Order**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/2021

WHEREAS Plaintiff sought the production of records pertaining to *People v. Shamel Wilson*, Ind. No. 1438-2012 (New York Cty.);

WHEREAS the Court granted Plaintiff's application;

WHEREAS, New York State law provides for the sealing of dismissed criminal proceedings pursuant to CPL 160.50;

WHEREAS, the above records are sealed pursuant to CPL 160.50;

WHEREAS, it is well established that federal courts have the authority to order the unsealing of such records when disclosure of the records is necessary to litigate a federal civil rights action under 42 U.S.C. § 1983; and

WHEREAS, Plaintiff moves to unseal these records and Defendants do not oppose;

1

THEREFORE, IT IS HEREBY ORDERED that all official records and papers relating to *People v. Wilson*, Ind. No. 1438-2012 (New York Cty.) be unsealed.

Dated: New York, New York
June 30th, 2021

_____
The Honorable Colleen McMahon
United States District Judge