# Exhibit A

**Civil suits against the officers involved in Jawaun Fraser's arrest filed prior to his trial**

I.  **Jason Deltoro**

   1. *Loglisci v. City of New York et al.*, 09-cv-01220-SHS (S.D.N.Y.)
       a. Date Filed: 2/10/2009
       b. Date of Incident: 5/28/2008
       c. Outcome: Settled for $50,000 on 9/21/2009.
       d. Summary of Allegations: Deltoro, Patane, and other members of service were part of a team conducting a "buy-and-bust." Plaintiff was falsely arrested, handcuffed behind his back for five hours in a police car, and subjected to a strip search at the precinct. Dismissing the case, the District Attorney's Office stated that it could not prove guilt beyond a reasonable doubt.

   2. *Murray v. City of New York et al.*, Index No. 307520/2009 (Sup. Ct. Bronx Cty.)
       a. Date Filed: 09/15/2009
       b. Date of Incident: 2/10/2007
       c. Outcome: Settled for $80,000 on 8/2/2018.
       d. Summary of Allegations: Deltoro and a sergeant unlawfully arrested plaintiff, filed or caused the filing of a felony complaint against plaintiff falsely accusing him of crimes, provided false and/or incomplete information to the District Attorney's Office, conducted an unlawful strip search and cavity inspection, and used excessive force while seizing plaintiff during his arrest.

   3. *Nunez et al. v. City of New York et al.*, 09-cv-08798-DLC (S.D.N.Y.)
       a. Date Filed: 10/8/2009
       b. Date of Incident: 4/14/2008
       c. Outcome: Settled for $30,000 on 3/24/2010.
       d. Summary of Allegations: Deltoro and other defendants entered plaintiffs' home without a valid search warrant, and falsely arrested them for criminal possession of a weapon and criminal possession of a forged instrument, though no contraband was found in their custody or control.

   4. *Green v. Doe et al.*, 11-cv-09690-PGG (S.D.N.Y.)
       a. Date Filed: 12/29/2011
       b. Date of Incident: 3/3/2010
       c. Outcome: Dismissed, for failure to serve the summons and complaint on defendants, on 4/2/2013.
       d. Summary of Allegations: Deltoro and another officer punched and kicked plaintiff without provocation, and Deltoro searched plaintiff by inserting a finger into his rectum.

   5. *A.T. v. City of New York et al.*, 12-cv-04146-JSR (S.D.N.Y.)

      a. Date Filed: 5/24/2012
      b. Date of Incident: 5/9/2011
      c. Outcome: Settled for $35,000 on 12/26/2012.
      d. Summary of Allegations: Deltoro and eight other members of service, along with "John Doe" officers, were named as defendants. Plaintiff, a 15-year old female, was handcuffed and interrogated while naked in her own home. She was falsely arrested and charged with an unspecified felony that was dismissed.

## II. Matthew Regina

1. *Drennon et al. v. City of New York et al.*, 05-cv-02486-CBA-KAM (E.D.N.Y.)
   a. Date Filed: 5/19/2005
   b. Date of Incident: 2/5/2005
   c. Outcome: Settled for $62,500 on 8/11/2005.
   d. Summary of Allegations: Regina and other members of service falsely arrested and charged plaintiffs with selling and possessing a controlled substance (though neither plaintiff possessed or sold such a controlled substance), slammed Plaintiff Drennon to the ground, and illegally strip-searched the plaintiffs at the precinct. One or more of them made false statements to the prosecutor resulting in plaintiffs' prosecution.

2. *Hogarth v. City of New York et al.*, 05-cv-04850-RJD-RML (E.D.N.Y.)
   a. Date Filed: 10/17/2005
   b. Date of Incident: 9/7/2005
   c. Outcome: Settled for $22,500 on 7/28/2006.
   d. Summary of Allegations: Regina was part of a group of officers that, in the course of arresting plaintiff, handcuffed him excessively tightly, threw him onto a hard floor, maced him, struck him on his back, forcefully pressed a foot against his face, slammed his head into a police car and into the door of a jail cell, and unlawfully strip searched him. Those officers who did not participate in the beating failed to intervene.

3. *Gaymon v. City of New York et al.*, 06-cv-00026-RJD-RML (E.D.N.Y.)
   a. Date Filed: 1/4/2006
   b. Date of Incident: 9/20/2005
   c. Outcome: Settled for $5,000 on 6/30/2006.
   d. Summary of Allegations: Regina and other members of service falsely arrested plaintiff and charged him with possessing marijuana, and made a misrepresentation to the ADA that plaintiff possessed marijuana. Two officers also conducted a strip search of plaintiff.

4. *Butler v. City of New York et al.*, 09-cv-02559-ILG-VVP (E.D.N.Y.)

   a. Date Filed: 6/15/2009
   b. Date of Incident: 10/25/2008
   c. Outcome: Settled for $15,000 on 4/20/2010.
   d. Summary of Allegations: Regina and other members of service falsely arrested plaintiff for criminal trespass while he was waiting for his foster mother's son in the lobby of his foster mother's building.

5. *Peterson v. Regina et al.*, 10-cv-01692-JSR-GWG (S.D.N.Y.)
   a. Date Filed: 1/22/2010
   b. Date of Incident: 1/21/2007
   c. Outcome: Settled for $10,000 on 5/17/2013.
   d. Summary of Allegations: Regina was the arresting officer for plaintiff's arrest for criminal sale of a controlled substance, which was ordered by a lieutenant though plaintiff did not sell any drugs to an undercover officer who approached him, and did not possess any drugs or pre-recorded buy money.

6. *Boyd et al. v. City of New York et al.*, 10-cv-02096-SLT-RML (E.D.N.Y.)
   a. Date Filed: 5/7/2010
   b. Date of Incident: 2/13/2009
   c. Outcome: Settled for $14,000 on 4/23/2012.
   d. Summary of Allegations: Regina and other members of service broke open a door, handcuffed the plaintiffs, and imprisoned them in a vehicle and at the precinct, before releasing them without charging them.

7. *Molina v. City of New York et al.*, 10-cv-01370-VM (S.D.N.Y.)
   a. Date Filed: 5/26/2010
   b. Date of Incident: 2/20/2007
   c. Outcome: Settled for $10,000 on 7/13/2010.
   d. Summary of Allegations: Regina and other members of service handcuffed plaintiff and searched him, and failed to find any contraband, yet falsely arrested and charged him with criminal possession of a controlled substance, filling out false and misleading police reports forwarded to prosecutors, and repeatedly giving false and misleading testimony regarding the incident.

8. *Bumbrey et al. v. City of New York et al.*, 10-cv-05188-ENV-RML (E.D.N.Y.)
   a. Date Filed: 11/9/2010
   b. Date of Incident: 8/11/2009
   c. Outcome: Settled for undisclosed amount on 4/1/2013.
   d. Summary of Allegations: Regina and other members of service directly participated in and/or failed to intervene in relation to the false arrest and prosecution of plaintiffs.

3

9. *Hackshaw v. City of New York et al.*, 10-cv-06005-BMC (E.D.N.Y.)
    a. Date Filed: 12/28/2010
    b. Date of Incident: 9/30/2009
    c. Outcome: Settled for $10,000 on 10/18/2011.
    d. Summary of Allegations: A group of members of service including Regina, in an unmarked vehicle, caused plaintiff's bicycle to crash, threatened to shoot him when he ran away, jumped on plaintiff's back and struck him on his head and body while he was on the ground (including with a hard object and while he was restrained with handcuffs), illegally searched him, injured his wrists by tight and prolonged handcuffing, and delayed his medical treatment.

10. *Bell et al. v. City of New York et al.*, 11-cv-01885-KAM-RML (E.D.N.Y.)
    a. Date Filed: 4/15/2011
    b. Date of Incident: 1/25/2010
    c. Outcome: Settled for $17,500 on 4/4/2013.
    d. Summary of Allegations: Regina and another officer stopped, without reasonable suspicion, a car in which three of the plaintiffs were traveling, ordered them to exit their vehicle, and illegally searched them and the car.

11. *Canelo v. City of New York et al.*, 11-cv-00052-WFK-MDG (E.D.N.Y.)
    a. Date Filed: 6/29/2011
    b. Date of Incident: 10/7/2009
    c. Outcome: Settled for $37,500 on 5/24/2012.
    d. Summary of Allegations: Regina was part of a group of members of service that, following an unlawful seizure of plaintiff from a vehicle, searched plaintiff's rectal area, choked and slammed him to the ground, kneed him on the back, pepper-sprayed him, held him in a police vehicle with his hands handcuffed behind his back for approximately two hours, and refused to provide him medical attention. To cover up this abuse of authority, the members of service initiated a prosecution of him on a false charge, based on false statements made by one of them.

12. *Walker v. City of New York et al.*, 12-cv-00385-CBA-LB (E.D.N.Y.)
    a. Date Filed: 1/26/2012
    b. Date of Incident: 1/2/2011
    c. Outcome: Settled for $1,501 on 5/30/2012.
    d. Summary of Allegations: Regina and another member of service stopped a car in which plaintiff was a passenger, and searched the car with other officers who arrived. Another officer took away plaintiff's phone, preventing her from photographing the incident. Plaintiff was held in police custody for 10 minutes before being released. Regina and the other

4

      officers had no reasonable basis or probable cause to stop the car and demand that the passengers step out.

13. *Stewart v. City of New York et al.,* 12-cv-00750-PKC-CLP (E.D.N.Y.)
    a. Date Filed: 2/15/2012
    b. Date of Incident: 3/20/2010
    c. Outcome: Settled for $50,000 on 6/2/2014.
    d. Summary of Allegations: Regina and other members of service unlawfully stopped and detained plaintiff, searched him but failed to find contraband, and arrested him. Plaintiff was arraigned on false charges based upon false statements made by one of the other officers.

14. *Baynes v. City of New York et al.*, 12-cv-05903-RJS (S.D.N.Y.)
    a. Date Filed: 8/2/2012
    b. Date of Incident: 5/23/2012
    c. Outcome: Settled for $25,000 on 1/29/2013.
    d. Summary of Allegations: After unsuccessfully attempting to purchase drugs from plaintiff, UC #84 purchased drugs from another individual and attempted to hand them to plaintiff, who immediately threw them to the ground and walked away. Regina and other members of service grabbed plaintiff, who was handcuffed tightly and violently, causing injury to his wrist, and falsely arrested for criminal sale of a controlled substance. Plaintiff was unlawfully strip searched at the precinct.

III. **UC #84**

1. *Cook v. City of New York et al.*, 09-cv-10238-CM (S.D.N.Y.)
    a. Date Filed: 12/16/2009
    b. Date of Incident: 5/23/2009
    c. Outcome: Settled for $12,500 on 9/18/2010.
    d. Summary of Allegations: Plaintiff was falsely arrested and charged with selling "fake" cocaine, handcuffed excessively tightly, and strip searched. It was misrepresented to a prosecutor that plaintiff had possessed and sold "fake" drugs.

2. *Penn v. City of New York et al.*, 10-cv-04907-RJS (S.D.N.Y.)
    a. Date Filed: 6/23/2010
    b. Date of Incident: 4/29/2009
    c. Outcome: Settled for $45,000 on 2/19/2011.
    d. Summary of Allegations: UC #84 and other members of service falsely arrested plaintiff.

3. *Best v. City of New York et al.*, 11-cv-05611-CM (S.D.N.Y.)

   a. Date Filed: 8/11/2011
   b. Date of Incident: 11/21/2009
   c. Outcome: Settled for $22,500 on 3/7/2012.
   d. Summary of Allegations: UC #84 was part of a group of members of service who falsely arrested plaintiff, and in the course of arresting him, slammed him into the ground, punched him in the face, pushed at least one knee into his neck, and handcuffed him excessively tightly. One of the other officers, with the other officers' knowledge and approval, charged him with sale and possession of marijuana and resisting arrest, misrepresented to prosecutors that he committed these crimes, and signed a Criminal Court complaint.

4. *Baynes v. City of New York et al.*, 12-cv-05903-RJS (S.D.N.Y.)
   a. *See above* (Regina section) (2013 – Settled for $25,000).

5. *Parris v. City of New York et al.*, 13-cv-06686-NRB (S.D.N.Y.)
   a. Date Filed: 9/20/2013
   b. Date of Incident: 7/3/2012
   c. Outcome: Settled for $17,500 on 6/10/2014.
   d. Summary of Allegations: UC #84 and two other members of service illegally searched plaintiff. One of the other two officers made a false sworn statement that plaintiff was involved in the sale of a narcotic.

6. *Bahadur v. City of New York et al.*, 15-cv-00978-AJN (S.D.N.Y.)
   a. Date Filed: 2/10/2015
   b. Date of Incident: 10/9/2013
   c. Outcome: Following a trial, the jury found UC #84 not liable, but found another officer liable and awarded $150 in compensatory damages and $10,000 in punitive damages.
   d. Summary of Allegations: UC #84 approached plaintiff and persistently attempted to purchase drugs from plaintiff (who refused), and then, along with another officer, punched him in the face and head. The defendant officers falsely claimed that plaintiff tried to strike an officer. The other defendant officer who was alleged to have punched plaintiff was found liable, though UC #84 was not.

7. *Pieralisi v. City of New York et al.*, 15-cv-03785-RA (S.D.N.Y.)
   a. Date Filed: 5/15/2015
   b. Date of Incident: 12/28/2013
   c. Outcome: Settled for $9,000 on 1/27/2016.
   d. Summary of Allegations: UC #84 and other members of service illegally searched plaintiff, found no contraband, and falsely arrested him. One of

   the other officers signed an accusatory instrument falsely claiming that plaintiff had possessed and sold a controlled substance.

8. *Wright v. City of New York et al.*, 15-cv-04498-VSB (S.D.N.Y.)
    a. Date Filed: 6/10/2015
    b. Date of Incident: 11/12/2014
    c. Outcome: Settled for $2,500 on 10/17/2018.
    d. Summary of Allegations: UC #84 approached plaintiff and another individual and asked to buy heroin, plaintiff walked away, and the other individual gave UC #84 crack cocaine. Plaintiff was arrested and searched by defendant officers, and though no evidence of criminal activity was recovered, was charged with selling a controlled substance. Defendants prepared false and/or misleading police reports that were provided to the District Attorney's Office.

IV. **Hoiping Lee**

1. *Finney v. City of New York et al.*, 04-cv-09929-VM (S.D.N.Y.)
    a. Date Filed: 12/16/2004
    b. Date of Incident: 9/16/2000
    c. Outcome: Settled for $15,000 on 7/21/2005.
    d. Summary of Allegations: Lee and other members of service arrested plaintiff for operating an illegal, unlicensed after-hours club, and for criminal possession of a weapon, falsely alleging that he threw a firearm behind a vending machine. Lee and other officers subjected him to taunts and racial slurs. Plaintiff's personal effects were lost or stolen by the arresting officers.

2. *McKnight v. City of New York et al.*, 06-cv-03220-PAC (S.D.N.Y.)
    a. Date Filed: 4/26/2006
    b. Date of Incident: 10/02/2004
    c. Outcome: Settled for $45,000 on 4/23/2008 with $40,000 paid by City and $5,000 paid by Lee.
    d. Summary of Allegations: After a search of plaintiff by another member of service that yielded no contraband, Lee held plaintiff in custody for four hours without probable cause. Plaintiff was strip searched by other members of service, and Lee issued him a Desk Appearance Ticket for criminal possession of marijuana.

3. *Cubero v. City of New York et al.*, 07-cv-02640-VM (S.D.N.Y)
    a. Date Filed: 3/30/2007
    b. Date of Incident: 1/18/2006
    c. Outcome: Settled for $45,000 on 11/16/2007.

      d. Summary of Allegations: Lee and other members of service approached plaintiff at gunpoint without reasonable suspicion or probable cause, tried to remove plaintiff from his vehicle, struck him on the back of his head and on his hands, and threw him to the street, where they continued to beat him. Plaintiff was also illegally strip searched at the precinct. The criminal charges against him were "fabricated" by the defendant officers.

4. *Tingling v. City of New York et al.*, 10-cv-00874-HB (S.D.N.Y.)
   a. Date Filed: 2/3/2010
   b. Date of Incident: 11/6/2008
   c. Outcome: Settled for $50,000 on 11/17/2010.
   d. Summary of Allegations: Lee and other members of service threw plaintiff to the ground and struck him repeatedly in the face, leaving him with a facial fracture and causing loss of consciousness.

5. *McIlwain v. City of New York et al.*, 10-cv-07946-PAC (S.D.N.Y.)
   a. Date Filed: 10/15/2010
   b. Date of Incident: 3/19/2010
   c. Outcome: Settled for $10,000 on 8/29/2011.
   d. Summary of Allegations: Lee and other members of service subjected plaintiff to an illegal strip search that yielded no contraband, yet nonetheless falsely charged him with criminal possession of a controlled substance, preparing false police reports that were provided to the District Attorney's Office, and giving false testimony concerning the circumstances of his arrest.

6. *Gonzalez et al. v. City of New York et al.*, 10-cv-09039-PKC (S.D.N.Y.)
   a. Date Filed: 12/3/2010
   b. Date of Incident: 9/9/2009
   c. Outcome: Settled for $17,500 on 7/7/2011.
   d. Summary of Allegations: Lee and other members of service falsely arrested plaintiffs. Other officers conducted illegal strip searches of which Lee and others had knowledge, but failed to intervene. A detective, the arresting officer, created police reports containing false allegations that plaintiffs had possessed and sold narcotics, and made such misrepresentations to the District Attorney's Office, but Lee and others failed to intervene, despite their knowledge of his conduct.

7. *Vera v. City of New York et al.*, 12-cv-06925-NRB (S.D.N.Y.)
   a. Date Filed: 9/12/2012
   b. Date of Incident: 3/26/2012
   c. Outcome: Settled for $27,500 on 7/2/2013.

      d. Summary of Allegations: Lee and other members of service stopped plaintiff while he was driving, and he was then taken to a precinct and strip searched, and falsely charged with reckless driving.

8. *Robinson v. City of New York et al.*, 5-cv-05850-LGS (S.D.N.Y.)
    a. Date Filed: 7/24/2015
    b. Date of Incident: 9/12/2013
    c. Outcome: Judgment in favor of defendants entered on 11/13/2017, following jury verdict on 10/23/2017.
    d. Summary of Allegations: Lee and other members of service falsely arrested and illegally searched plaintiff. A detective made false statements to an ADA, including a statement that Lee recovered two ten-dollar bills from the ground that plaintiff dropped, causing him to be charged with criminal possession of a controlled substance. Lee made contradictory statements at trial regarding the money allegedly dropped by plaintiff.

V. **John Patane**

1. *Arnold v. City of New York et al.*, 06-cv-02729-AKH (S.D.N.Y.)
    a. Date Filed: 4/7/2006
    b. Date of Incident: 9/10/2005
    c. Outcome: Settled for $50,001 on 9/16/2006.
    d. Summary of Allegations: Patane and other members of service stopped the car in which plaintiff was a passenger and, without provocation from the plaintiff, punched plaintiff in the face several times, hit him in the face with their radio(s), pepper-sprayed him once he was handcuffed, dragged him out of the vehicle and to the floor, and beat him. The officers then falsely charged him with resisting arrest, attempted assault and harassment in the second degree.

2. *Loglisci v. City of New York et al.*, 09-cv-01220-SHS (S.D.N.Y.)
    a. *See above* (Deltoro section) (2009 - Settled for $50,000).

3. *Henderson v. City of New York et al.*, 11-cv-01611-HB (S.D.N.Y.)
    a. Date Filed: 3/7/2011
    b. Date of Incident: 11/11/2010
    c. Outcome: Settled for $650 on 10/21/2011.
    d. Summary of Allegations: Patane approved an unlawful cavity search of plaintiff, who had been arrested for a misdemeanor drug offense.

4. *McAvoy v. City of New York et al.*, 11-cv-04819-ALC-DCF (S.D.N.Y.)
    a. Date Filed: 7/13/2011
    b. Date of Incident: 5/5/2008

    c. Outcome: Summary judgment in favor of defendants.
    d. Summary of Allegations: Patane stole money from an arrestee during the execution of a search warrant, and plaintiff, a retired NYPD detective, claimed he was retaliated against for reporting Patane's theft.

**VI. UC #17**
 1. *Williams v. City of New York et al.*, 11-cv-02619-JGK (S.D.N.Y.)
    a. Date Filed: 4/18/2011
    b. Date of Incident: 8/15/2009
    c. Outcome: Settled for $5,000 on 9/9/2011.
    d. Summary of Allegations: UC #17 and other members of service arrested plaintiff without probable cause, strip searched him at the police precinct, failed to find any contraband, and commenced his prosecution by forwarding false information to the District Attorney's Office.