UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAWAUN FRASER,

                Plaintiff,

-against-

THE CITY OF NEW YORK, UNDERCOVER OFFICER NUMBER 84, DETECTIVE MATTHEW REGINA, AND DETECTIVE JASON DELTORO, INDIVIDUALLY AND AS MEMBERS OF THE NEW YORK CITY POLICE DEPARTMENT,

                Defendants.

20-cv-4926 (CM) (OTW)

**Plaintiff's proposed verdict sheet (amended)**

## VERDICT SHEET ON LIABILLITY

**Question 1**:

Has Jawaun Fraser proven by a preponderance of the evidence that the following defendants fabricated evidence and thereby denied him his right to a fair trial?

| | | |
|---|---|---|
| Undercover Officer Number 84: | Yes _____ | No _____ |
| Matthew Regina: | Yes _____ | No _____ |
| Jason Deltoro: | Yes _____ | No _____ |

**Please proceed to Question 2.**

**Question 2**:

Has Jawaun Fraser proven by a preponderance of the evidence that the following defendants caused the initiation of his criminal prosecution without probable cause?

Undercover Officer Number 84:    Yes _____    No _____

| | | |
|---|---|---|
| Matthew Regina: | Yes _____ | No _____ |
| Jason Deltoro: | Yes _____ | No _____ |

**Please proceed to Question 3.**

**Question 3**:

Has Jawaun Fraser proven by a preponderance of the evidence that the following defendants violated his rights to due process and a fair trial by withholding impeachment evidence from the prosecution?

| | | |
|---|---|---|
| Undercover Officer Number 84: | Yes _____ | No _____ |
| Jason Deltoro: | Yes _____ | No _____ |

**Please proceed to Question 4.**

**Question 4**:

Has Jawaun Fraser proven by a preponderance of the evidence that a policy, practice, and/or custom of the City of New York was a substantial cause of the withholding of impeachment evidence from him at his criminal trial?

                                                  Yes _____    No _____

**If the answer to Questions 1, 2, 3, and 4 is no as to all defendants, you have reached a verdict. Please skip the remaining questions and sign below.**

**If the answer to any of these four questions is yes for any defendant(s), please proceed to Questions 5 and 6.**

# VERDICT SHEET ON DAMAGES

**Question 5**:

If the answer to questions 1, 2, 3, and/or 4 was yes as to any defendant or defendants, state the total amount of compensatory damages to which plaintiff is entitled for the violation(s) of his constitutional rights.

| | |
|---|---|
| Fabricating evidence | $_____ |
| Initiating prosecution without probable cause | $_____ |
| Withholding evidence | $_____ |

**Please proceed to Question 6.**

**Question 6**:

Has plaintiff proven by a preponderance of the evidence that he is entitled to punitive damages against any of the following defendants as a result of the violation(s) of his constitutional rights?

| | | |
|---|---|---|
| Undercover Officer Number 84: | Yes _____ | No _____ |
| If yes, in what amount? | | $_____ |
| Matthew Regina: | Yes _____ | No _____ |
| If yes, in what amount? | | $_____ |
| Jason Deltoro: | Yes _____ | No _____ |
| If yes, in what amount? | | $_____ |

**YOUR DELIBERATIONS ARE COMPLETE.**

Dated: _____, 2021          _____
                                              FOREPERSON