UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAWAUN FRASER,

        *Plaintiff*,

  v.

CITY OF NEW YORK, UNDERCOVER OFFICER NUMBER 84, MATTHEW REGINA, and JASON DELTORO,

        *Defendants*.

Case No. 20-CV-4926 (CM)

## NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

Please enter my appearance as counsel in this case for Plaintiff Jawaun Fraser. I certify that I am admitted to practice in this Court.

Dated:    New York, New York
            July 15, 2022

        /s/ Benjamin D. White
        Benjamin D. White
        BLOCH & WHITE LLP
        152 West 57th Street, 8th Floor
        New York, New York 10128
        Telephone: (212) 901-3825
        bwhite@blochwhite.com

        *Counsel for Plaintiff*