```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/6/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------X

Jawaun Fraser.,

             Plaintiff(s),

   -against-

City of New York, et al.,

             Defendant(s).
---------------------------------------------------X

20 Civ. 4926 (CM)

**TRIAL NOTICE**

Please take notice that the above captioned matter has been **scheduled** for a Final Pretrial Conference **before the Honorable Colleen McMahon, United States District Judge, on Thursday, January 5, 2023 at 11:00 a.m., in courtroom 24A, at the U. S. District Courthouse, 500 Pearl Street, New York, New York 10007. Trial has been scheduled for Monday, January 16, 2023 at 9:30 a.m.** Parties are directed to file all trial documents required by Judge McMahon's Individual Practices. Originals must be filed in the Clerk's Office and courtesy copies are to be provided to chambers.

Any scheduling difficulties must be brought to the attention of the Court in writing.

Dated: December 6, 2022
       New York, New York

                                          So Ordered

                                          Colleen McMahon, U.S.D.J