# LAW OFFICES OF JOEL B. RUDIN, P.C.

CARNEGIE HALL TOWER
152 WEST 57TH STREET
EIGHTH FLOOR
NEW YORK, NEW YORK 10019

TELEPHONE: (212) 752-7600
FACSIMILE: (212) 980-2968
E-MAIL: jbrudin@rudinlaw.com

JOEL B. RUDIN

JACOB "COBY" LOUP
DAVID E. RUDIN

DAVID S. KEENAN
(OF COUNSEL)
THELONIOUS COLEMAN
(PARALEGAL)

January 4, 2023

**BY ECF**

Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Fraser v. City of New York, et al.*, No. 20-cv-04926 (CM)

Dear Judge McMahon:

Enclosed please find a proposed order listing attorneys and paralegals representing Plaintiff Jawaun Fraser who seek authorization to bring technology into the courtroom for pretrial proceedings and trial in the above-captioned case.

Respectfully submitted,

/s/

Joel B. Rudin

cc: Brian Francolla (by ECF)
Senior Counsel
New York City Law Department
Special Federal Litigation Division
100 Church Street
New York, NY 10007
*Counsel for Defendants*

Michael L. Bloch, Esq.
Benjamin D. White, Esq.
Cristina Alvarez, Esq.
Bloch & White LLP
152 W 57th Street, 8th Floor
New York, NY 10019
*Co-Counsel for Plaintiff Jawaun Fraser*