

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**BRIAN FRANCOLLA**
Senior Counsel
Phone: (212) 356-3527
Fax: (212) 356-3509
Email: bfrancol@law.nyc.gov

March 1, 2023

**BY ECF**
Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>Jawaun Fraser v. City of New York, et al.</u>, 20-CV-4926 (CM)

Your Honor:

I am a Senior Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney assigned to the defense of the above-referenced matter on behalf of defendants City of New York, Undercover Officer Number 84, Detective Regina, and Detective Deltoro. In that capacity, I write in advance of trial in this matter, scheduled to begin on March 7, 2023, to respectfully request authorization to bring technology into the courtroom for same. Enclosed please find a proposed order in that regard for myself, my co-counsel and our supervisor. Additionally, we also respectfully request access to WIFI.

Thank you for your consideration herein.

Respectfully submitted,

/s/

Brian Francolla
Senior Counsel
Special Federal Litigation Division

cc: Plaintiff's counsel (by ECF)