**BLOCH & WHITE LLP**

152 WEST 57TH STREET, EIGHTH FLOOR
NEW YORK, NEW YORK 10019
(212) 702-8670
WWW.BLOCHWHITE.COM

DIRECT DIAL: (212) 901-3820
DIRECT E-MAIL: MBLOCH@BLOCHWHITE.COM

March 3, 2023

**BY ECF**

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

    Re:    *Fraser v. City of New York, et al*.
              No. 20-cv-4926 (CM) (OTW)

Dear Judge McMahon:

    On behalf of Jawaun Fraser, we respectfully submit the attached proposed preliminary jury instruction. Thank you for your consideration.

                                      Respectfully submitted,

                                      /s/

                                      Michael L. Bloch

cc:    Brian Francolla, Esq. (by ECF)