UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

JAWAUN FRASER,

    Plaintiff,

-against-                                                                                  20 Civ. 4926 (CM)(OTW)

THE CITY OF NEW YORK, et al.

    Defendants.

---------------------------------------------------------------X

**NOTICE**

McMahon, J.:

    The trial in the above-captioned matter that was scheduled for 9:30AM on Tuesday, March 7, 2023 is adjourned. Trial will commence on **Monday, March 13, 2023** at **9:30AM**.

Dated: March 6, 2023

_____
U.S.D.J.

BY ECF TO ALL COUNSEL