UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JAWAUN FRASER,

                Plaintiff,

        -against-

CITY OF NEW YORK, UNDERCOVER
OFFICER NUMBER 84, DETECTIVE
MATTHEW REGINA, AND DETECTIVE
JASON DELTORO, INDIVIDUALLY AND AS
MEMBERS OF THE NEW YORK CITY
POLICE DEPARTMENT,

                Defendants.
-----------------------------------------------------------X

20 CIVIL 4926 (CM)

**JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/28/2023

It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Colleen McMahon, United States District Judge, Plaintiff Jawaun Fraser has judgment in the amount of $1,500,000 for compensatory damages as against the defendants. Plaintiff is also granted punitive damages in the amount of $200,000 as against Defendant Undercover Officer Number 84; Plaintiff is granted punitive damages in the amount of $125,000 as against Defendant Detective Matthew Regina; and Plaintiff is granted punitive damages in the amount of $100,000 as against Defendant Detective Jason Deltoro, and the Complaint is hereby dismissed.

DATED: New York, New York
          March 28, 2023

So Ordered:

_____
U.S.D.J.

RUBY J. KRAJICK
_____
Clerk of Court

BY: _____
Deputy Clerk